# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNIVERSITY OF KANSAS, )<br><br>Defendant. ) | Case No. 2:19-cv-02540-DDC-TJJ |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendant University of Kansas, with the agreement of Plaintiff, hereby moves this Court for an extension of forty-five (45) days, to December 20, 2019, in which to file its Answer to the Complaint. In support of the motion, and pursuant to Local Rule 6.1(a), Defendant states the following:

1. Defendant's Answer is currently due November 5, 2019, and the same has not expired.

2. No previous extensions have been requested for Defendant's Answer.

3. Counsel for Defendant has consulted with counsel for Plaintiff, and Plaintiff does not oppose the requested extension of time.

4. The extension is needed, as the parties are currently engaged in efforts at early resolution of this matter. The requested extension would allow the parties to further those efforts or allow Defendant the necessary time to prepare its Answer in the event the efforts fail.

5. The request is not made for purpose of delay, and no party will be prejudiced by the requested extension.

{L0071098.1 }

WHEREFORE, Defendant respectfully requests the Court grant an extension of forty-five (45) days to December 20, 2019, for Defendant to file its Answer to the Complaint.

Respectfully submitted,

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten #21289
Associate General Counsel
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
*Counsel for Defendant University of Kansas*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the above and foregoing was filed with the Court's CM/ECF filing system on the 1st day of November, 2019, which generated a Notice of Electronic Filing to the following counsel of record:

Andrea G. Baran
C. Felix Miller
Jennifer L. Arendes
Equal Employment Opportunity Commission
St. Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, MO 63103
andrea.baran@eeoc.gov
felix.miller@eeoc.gov
jennifer.arendes@eeoc.gov

*Counsel for Plaintiff*

/s / Eric J. Aufdengarten
Eric J. Aufdengarten
*Counsel for Defendant*
