IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:19-cv-02540-DDC |
| v. | ) | |
| | ) | |
| UNIVERSITY OF KANSAS, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT DECREE

1.      Plaintiff Equal Employment Opportunity Commission ("the EEOC") instituted this action against Defendant University of Kansas ("KU") to enforce provisions of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. (ADEA). In its Complaint, the EEOC alleges that KU violated Section 623(d) of the ADEA by terminating Jeffrey Thomas in retaliation for reporting age discrimination in hiring in the Information Resources Department at the University of Kansas Medical Center ("KUMC"). KU and KUMC deny all such allegations.

2.      The EEOC and KU, having negotiated in good faith and with a desire to resolve the instant controversy without the further expense, delay, and burden of litigation, have jointly proposed this Consent Decree.

3.      Nothing in this Decree constitutes an admission by any party as to the claims and/or defenses of any other party.

4.      This Decree fully and finally resolves all matters in controversy in this lawsuit between the Parties.

5.      The terms of this Decree are an adequate, reasonable, equitable and just settlement of the lawsuit. Additionally, the rights of the Parties and Jeffrey Thomas are adequately protected and the public interest served by entry and enforcement of this Decree.

6.      The Parties agree to the jurisdiction of this Court over the Parties and the subject matter of this action.

7.      It is the finding of this Court, made on the pleadings and on the record as a whole and upon agreement of the parties, that: (i) this Court has jurisdiction over the parties and the subject matter of this action, (ii) the requirements of the ADEA will be carried out by the implementation of this Decree, (iii) this Decree is intended to and does resolve all matters in controversy in this lawsuit among the parties, and (iv) the terms of this Decree constitute a fair and equitable settlement of all issues in this lawsuit.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

**GENERAL PROVISIONS**

8.      The terms of this Decree are binding upon KU's present and future employees, directors, officers, managers, and agents.

9.      This Decree shall remain in effect for three years from the date of entry and may be extended by the Court upon a showing of good cause. This Court shall retain jurisdiction over this matter for purposes of compliance.

10.     All certifications, notices, reports, and other information required to be submitted to the EEOC under this Decree shall be submitted by email to: EEOC-SLDO-decree-monitoring@eeoc.gov.

11.     By entering into this Decree, the parties intend to resolve only the charge of discrimination (EEOC Charge number 563-2015-00207) that created the procedural foundation for this suit and the claims the EEOC brought in this suit. No pending or future charges are affected by this Decree.

2

12. At any time during the term of this Decree, the EEOC may petition the Court to enforce any term of this Decree. However, if the EEOC believes KU or KUMC has failed to comply with any provision of the Decree, the EEOC will give KU notice (through its attorney of record) and twenty (20) days from the date of notice to provide EEOC with written evidence of compliance before seeking relief from the Court. Should the Court determine that KU or KUMC has not complied with any term of this Decree, the Court shall grant appropriate relief.

13. Each party shall bear its own costs and fees.

**INJUNCTIVE RELIEF**

14. KU shall not engage in any employment practice which unlawfully discriminates or retaliates against an employee or applicant under the ADEA, including but not limited to taking any adverse employment action against an employee or applicant who makes a complaint or charge of age discrimination, gives testimony or participates in any manner in any investigation, proceeding, or hearing, or engages in any other protected activity under the ADEA.

15. KU shall not discriminate against applicants or employees based on age in any aspect of employment, including hiring, job assignment, promotion, training, discharge or any other terms, conditions or privileges of employment, nor will it retaliate against any employee or applicant for engaging in protected activity or for receiving payment under this Decree.

**CHARGING PARTY RELIEF**

16. Within fifteen (15) days of entry of this Decree and receipt by KUMC of a W-9 for Jeffrey Thomas, KUMC shall pay the gross sum of One Hundred Forty-four Thousand dollars ($144,000) to Jeffrey Thomas by check sent via certified mail to Thomas at an address provided by the EEOC, with Seventy-two Thousand dollars ($72,000) designated as backpay and Seventy-

3

two Thousand dollars ($72,000) designated as liquidated damages and with an itemized statement setting forth the amounts paid and any deductions made.

17.     KUMC shall deduct only the employee's share of FUTA, FICA, and applicable federal, state, and local tax withholdings in accordance with Thomas's most recent IRS Form W-4 on file with KUMC from the amount designated as backpay and shall make no deductions from the amount designated as liquidated damages.

18.     No later than January 31, 2021, KUMC shall cause to be issued to Thomas an IRS Form W-2 for the designated backpay amount and an IRS Form 1099 for the designated non-backpay amount.

19.     In the event of non-payment, it is acknowledged that the monetary relief set forth in this Decree is a debt owed to and collectible by the United States or its proxy, notwithstanding that Thomas is the ultimate beneficiary of this relief.

20.     KU will not condition the receipt of individual relief upon Jeffrey Thomas's agreement to: (a) maintain as confidential the terms of this Decree or the facts and/or allegations of this case; (b) waive his statutory right to file a charge with any governmental agency; (c) refrain from applying for employment with KU or KUMC; (d) agree to a non-disparagement agreement; (e) execute a general release of claims; or (f) any other terms or conditions not explicitly stated in this Decree.

21.     Within ten (10) days of entry of this Decree, KUMC shall ensure that Thomas's personnel file and the HR electronic system reflect that Thomas voluntarily resigned from employment.

22.     Within ten (10) days of entry of this Decree, KU will mail a letter of reference, in the form attached as Exhibit 1, to Thomas. KU will direct KUMC's Information Resources

4

supervisors and managers to immediately forward all requests for references concerning Jeffrey Thomas to the Director of KUMC's Human Resources Department for response, except those requests received by individuals whose names the EEOC has provided to KUMC. The HR Director will provide only the dates of employment, positions held, and the other information in the letter of reference attached as Exhibit 1. KUMC will instruct its Information Resources managers, supervisors, and Human Resources employees to not make any negative statements to any entity or individual, including potential employers, concerning Jeffrey Thomas.

**POLICIES & TRAINING**

23.     Within twenty (20) days of entry of this Decree, KU shall adopt or maintain policies and practices for KUMC that:

> a.   specifically prohibit age discrimination in employment and retaliation against any employee or applicant who reports possible discrimination;
>
> b.   explicitly state KUMC's commitment to not retaliate against any individual who reports prohibited conduct;
>
> c.   explicitly state every employee's obligation to comply with these policies;
>
> d.   identify a minimum of two separate routes for employees to report possible discrimination, harassment, and retaliation;
>
> e.   require that all supervisors, managers, and HR employees promptly report complaints of discrimination, harassment or retaliation to KUMC's Equal Opportunity Office;
>
> f.   require KUMC's Equal Opportunity Office to conduct prompt, impartial, and thorough investigations of alleged discrimination, harassment, and retaliation

5

and to communicate the results of such investigations to the person(s) who made the report and others as appropriate;

g.  hold accountable supervisory and management employees who have knowledge of discriminatory, harassing or retaliatory conduct and who fail to report it; and

h.  provide for disciplinary action, up to and including termination, for any employee who fails to comply with KUMC's policies prohibiting discrimination, harassment and retaliation.

24.     Within thirty (30) days of entry of this Decree and annually thereafter for the duration of this Decree, KU shall issue a written reminder to all KUMC employees regarding the university's policies prohibiting discrimination, harassment, and retaliation, as described in paragraph 23 above.

25.     Beginning thirty (30) days after entry of this Decree and for the duration of this Decree, KUMC shall provide a copy of the policies described in paragraph 23 above to all newly hired KUMC employees within twenty days of hire.

26.     Within three hundred sixty (360) days of entry of this Decree and annually thereafter for the duration of this Decree, KUMC shall issue to every supervisory, managerial, Human Resources, and Equal Opportunity Office employee the university's policies prohibiting discrimination, harassment, and retaliation, as described in paragraph 23 above.

27.     Within three hundred sixty (360) days of entry of this Decree and annually thereafter for the duration of this Decree, KUMC shall require every supervisory, managerial, Human Resources, and Equal Opportunity Office employee to affirm receipt of the policies described in paragraph 23 above and acknowledge that discriminatory and retaliatory conduct is

6

unacceptable, will not be tolerated, and that KUMC will take prompt and appropriate remedial action to effectively address any violations of the Nondiscrimination, Equal Employment Opportunity and Affirmative Action policy. KUMC shall retain each signed statement in the personnel file of the employee who signed it for a period of at least three years.

28.     Beginning three hundred sixty (360) days after entry of this Decree and for the duration of this Decree, KUMC shall require every newly hired supervisory, managerial, Human Resources, and Equal Opportunity Office employee within twenty days of hire to affirm receipt of the policies described in paragraph 23 above and acknowledge that discriminatory and retaliatory conduct is unacceptable, will not be tolerated, and that KUMC will take prompt and appropriate remedial action to effectively address any violations of the Nondiscrimination, Equal Employment Opportunity and Affirmative Action policy. KUMC shall retain each signed statement in the personnel file of the employee who signed it for a period of at least three years.

29.     As part of KUMC's compliance training in or around October 2020 and annually thereafter for the duration of this Decree, KUMC shall provide mandatory training to all KUMC employees regarding their rights and responsibilities under the policies described in paragraph 23 above and including:

> a.  examples of prohibited age discrimination and retaliation;
>
> b.  an explanation of the process for reporting prohibited conduct;
>
> c.  the responsibility of supervisors and management employees to report possible age discrimination and retaliation;
>
> d.  a description of the potential consequences for engaging in prohibited conduct; and

    e. KUMC's commitment to enforcing its policies prohibiting discrimination, harassment, and retaliation.

30. No later than three (3) months prior to implementation of the training required by paragraph 29 above, KUMC shall provide EEOC with copies of the materials/modules it intends to use in compliance with paragraph 29 above and a deadline by which comments are needed. KUMC shall give the EEOC no less than 30 days to review the materials/modules and provide comments to KUMC.

31. Within three hundred sixty (360) days of entry of this Decree and annually thereafter for the duration of this Decree, KUMC shall provide additional training to its supervisory, managerial, Human Resources, and Equal Opportunity Office employees regarding:

    a. their specific obligation to prevent and report age discrimination and retaliation;

    b. best practices for preventing age discrimination and retaliation; and

    c. review of the process for investigating reports of possible age discrimination and retaliation.

32. KUMC shall track each employee's completion of the training described in paragraphs 29 and 31 and shall maintain those records for the term of this Decree.

**NOTICE POSTING**

33. Within ten (10) days of entry of this Decree, KUMC's Executive Vice Chancellor shall sign the Notice to Employees attached as Exhibit 2 and post the Notice on the Information Resources and Human Resources bulletin boards at KUMC and shall ensure the notice remains posted and is not defaced for the term of this Decree.

**MONITORING, RECORD-KEEPING & REPORTING**

34. Within forty-five (45) days of entry of this Decree, KU shall certify to the EEOC

8

that it has complied with paragraphs 16, 21, 22, 23, 24, 25, and 33, including the dates and manner of compliance and copies of all documents sent to Mr. Thomas in compliance with paragraphs 16 and 22 and all documents provided to employees or posted in compliance with paragraphs 24, 25, and 33.

35.     Within fifteen (15) days of the close of the annual training sessions or programs required by paragraphs 29 and 31 of this Decree, KU shall report to the EEOC the dates and manner in which the training was conducted, submit copies of all materials used or distributed as part of the training, and certify that the training was provided to all employees required by the terms of this Decree.

36.     During the term of this Decree, KU shall maintain all records described in paragraphs 34 and 35 of this Decree and the Equal Opportunity Office file and any appeal or disciplinary documents related to any report or complaint by an employee (but not including physicians, faculty, and student employees) of age discrimination or retaliation received by KUMC's Equal Opportunity Office.

37.     Within eighteen months of entry of this Decree and again at the conclusion of the term of this Decree, KU shall notify the EEOC of each report or complaint by an employee (but not including physicians, faculty, and student employees) of age discrimination or retaliation received by KUMC's Equal Opportunity Office during the time period covered by each report as specified in this paragraph. The notification shall include a summary of each report or complaint; the date the report or complaint was received; a description of the actions taken by KUMC in response to the report or complaint, including but not limited to investigatory and disciplinary actions; the name, address, job title, telephone number, and last four digits of the social security number (if known) of the individual(s) reported to be the subject of the discrimination or

retaliation. Upon request by the EEOC and five (5) business days' notice, KU shall provide documents related to any report or complaint in the notification.

38.     To ensure compliance with this Decree, upon five (5) business days' notice, KU shall allow the EEOC access to conduct employee interviews and file reviews and copy documents concerning such complaints.

**IT IS SO ORDERED.**

DATE:___March 11, 2020___

s/ Daniel D. Crabtree

HONORABLE DANIEL D. CRABTREE
UNITED STATES DISTRICT JUDGE

10

FOR PLAINTIFF EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION:

SHARON FAST GUSTAFSON
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Assistant General Counsel

/s/ *Andrea G. Baran*
ANDREA G. BARAN
Regional Attorney

C. FELIX MILLER
Supervisory Trial Attorney

JENNIFER ARENDES
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce St., Room 8.100
St. Louis, MO 63103
(314) 539-7916 (telephone)
andrea.baran@eeoc.gov
felix.miller@eeoc.gov
jennifer.arendes@eeoc.gov

FOR DEFENDANT UNIVERSITY
OF KANSAS:

BRIAN A. WHITE
Vice Chancellor for Legal Affairs
UNIVERSITY OF KANSAS

/s/ *Eric J. Aufdengarten*
ERIC J. AUFDENGARTEN
Associate General Counsel
UNIVERSITY OF KANSAS
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045-7535
(785) 864-7846 (telephone)
eja@ku.edu

Exhibit 1

[Reference Letter on KU Letterhead]

[DATE]

Dear Sir/Madam:

     This is a letter of reference for Jeffrey Thomas who was employed by the University of Kansas Medical Center ("KUMC") from July 2004 to December 2014.  In 2013, Mr. Thomas was promoted to the position of Associate Director of Customer Service and supervised KUMC's Information Resources Department Service Desk Operations.  During his last two years of employment, Mr. Thomas received an award for his performance as a supervisor.  Please direct any inquiries regarding Mr. Thomas's employment to the Director of KUMC's Human Resources Department at (913) 588-5060.

               Sincerely,

               Robert D. Simari, M.D.
               Executive Vice Chancellor
               KU Medical Center

Exhibit 2

## NOTICE

**Federal law and KU Medical Center policy prohibit discrimination against any employee or job applicant because of the individual's AGE. This includes hiring, promotion, discipline, firing, or other terms, conditions or privileges of employment.**

**Any employee or job applicant who reports age discrimination or retaliation or who participate in related investigations is PROTECTED AGAINST RETALIATION.**

**KU Medical Center shall comply with the law in all respects and shall not take any action against employees or applicants because they have exercised their rights under the law.**

**If you believe that you have been discriminated or retaliated against, you may contact KU Medical Center's Equal Opportunity Office at**
**913-588-8011, 711 TTY or**
**Mail Stop 7004, 4330 Shawnee Mission Parkway**
**Fairway, KS 66205**

OR

**U.S. Equal Employment Opportunity Commission**
**Jennifer Arendes 314-539-7916 or**
**jennifer.arendes@eeoc.gov**

**For more information about YOUR RIGHTS and how to report discrimination or retaliation to the EEOC go to: www.eeoc.gov.**

_____     _____
Date                        Executive Vice Chancellor, KU Medical Center

13